No. 84–6916.   RAGIN v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 84–6917.   MCALLISTER v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 84–6920.   BAKER v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 84–6922.   CAWLEY v. BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 84–6924.   DELBRIDGE v. DAVIS, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 84–6925.   HEARRON v. KANSAS.   Ct. App. Kan.   Certiorari denied.

No. 84–6926.   HART v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 84–6927.   ANDINO v. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 84–6928.   KADOTA v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 84–6929.   OWENS v. LUTHER, WARDEN, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 84–6930.   OLINGER v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 84–6933.   MITCHELL v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 84–6934.   HACKLEY ET AL. v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 84–6936.   HAWKINS v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 84–6937.   TAMAYO v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.